UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

ZURU INC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

    Defendants.

**CASE NO.: 1:24-cv-12537**

Judge Lindsay C. Jenkins

## ORDER DISSOLVING THE ASSET RESTRAINT AS TO DEFENDANTS NEWWANDE AND XPENJENY

THIS CAUSE coming before the Court upon the Motion to Dissolve the TRO (Dkt. 31) as to Defendants NEWWANDE (Doe 117) and XpenJeny (Doe 125), and pursuant to the Court's Minute Entry Order entered January 14, 2025 (Dkt. 41), the Court orders as follows:

1. The TRO shall be modified as it applies to NEWWANDE and XpenJeny to eliminate the asset restraint previously ordered.

2. All amounts restrained shall be released to NEWWANDE and XpenJeny instantly.

IT IS SO ORDERED.

Signed this 17th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE LINDSAY C. JENKINS