# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Zuru Inc.

                Plaintiff,

v.                              Case No.: 1:24−cv−12537

                              Honorable Lindsay C. Jenkins

The Individuals, Partnerships and Unincorporated Associations Identified in Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants NEWWANDE and Xpenjeny are dismissed from this action without prejudice for lack of jurisdiction [see 41, 51]. The motion to dismiss for misjoinder [33] is denied as moot. Plaintiff may file the appropriate motion for a preliminary injunction by January 29, 2025 as to any remaining Defendants, and the motion to extend the TRO [35] is granted. The TRO is extended to January 29, 2025 as to all Defendants except NEWWANDE and Xpenjeny. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.