UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:24-cv-12537

ZURU INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## SATISFACTION OF JUDGMENT

Plaintiff ZURU INC., by and through its undersigned counsel, hereby acknowledges that the Judgment entered in this case on March 24, 2024 (ECF 78) against the following defendants has been satisfied:

a. ANLYXI-LV Store (Defendant No. 13 on Schedule "A");

b. BABY CUTE Store (Defendant No. 16 on Schedule "A");

c. Beauty Nail Store (Defendant No. 18 on Schedule "A");

d. come to discount store Store (Defendant No. 24 on Schedule "A");

e. Hide In Heart Store (Defendant No. 36 on Schedule "A");

f. High Quality Pet Supplies Store (Defendant No. 38 on Schedule "A");

g. Little Cute Pet Supplies Store (Defendant No. 48 on Schedule "A");

h. Moonbiffy High quality Pet Store (Defendant No. 53 on Schedule "A");

i. Oasis Meow Woof Tribe Store (Defendant No. 56 on Schedule "A");

j. Own All Home Furnishing Department Store Store (Defendant No. 59 on Schedule "A");

k. Shop1102115801 Store (Defendant No. 72 on Schedule "A");

l. Shop1102163877 Store (Defendant No. 73 on Schedule "A");

m. Shop1102733109 Store (Defendant No. 75 on Schedule "A");

n. Shop1102737091 Store (Defendant No. 76 on Schedule "A");

o. xiao9A Store (Defendant No. 100 on Schedule "A"); and

p. xiao9B Store (Defendant No. 101 on Schedule "A").

Dated: April 17, 2025              Respectfully submitted,

 /s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com
RACHEL I. KAMINETZKY
Florida Bar Number: 1059614
rachel.kaminetzky@sriplaw.com

**SRIPLAW, P.A.**
742 S. Rangeline Road
Carmel, IN 46032
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc*